IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEROY LAMONT WELLS,

        Plaintiff,

    v.

MARK NOOTH, et al.,

        Defendants.

Case No. 2:16-cv-00758-JE

ORDER TO DISMISS

HERNANDEZ, District Judge.

On December 5, 2016, the court determined that plaintiff is not entitled to proceed *in forma pauperis* in this case. As a result, the court advised him that if he did not pay the $400.00 filing fee within 30 days, it would dismiss his case. Plaintiff has not paid the filing fee, but instead objects to the court's Order denying him *in forma pauperis* status, moves to amend his pleading, and moves for a preliminary injunction. None of these filings justify extending *in forma pauperis* status

1 - ORDER TO DISMISS

to plaintiff. Where plaintiff is not entitled to *in forma pauperis* status, and where he has not paid the $400.00 filing fee, the court dismisses this case without prejudice.

## CONCLUSION

The court dismisses this case based upon plaintiff's failure to pay the $400.00 filing fee. Plaintiff's pending Motion to Amend (#41) and Motion for Preliminary Injunction (#42) are denied.

IT IS SO ORDERED.

DATED this  13  day of January, 2017.

                        *Marco Hernandez*
                        Marco A. Hernandez
                        United States District Judge